IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

BEVERLY JEAN COLLINS

    Plaintiff,

v.                                                      Civil Action No. 1:13cv1291

WAL-MART STORES, INC. #2437,
WAL-MART STORES EAST, LP,
AND
WAL-MART STORES EAST, INC.,

    Defendants.

## ORDER

This day came the parties, by counsel, and represented to the Court that all matters in controversy herein have been settled, and on their joint motion it is ORDERED that this action be dismissed with prejudice and stricken from the docket. Let the Clerk send attested copies of this Order to counsel of record for both parties.

ENTER: 5/23/14

/s/
Liam O'Grady
United States District Judge

We ask for this:

_____, p.d.
D. Cameron Beck, Jr. (VSB No. 39195)
Nerissa N. Rouzer (VSB No. 79002)
Morris & Morris, P.C.
11 South 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
(804) 344-8300 Telephone
(804) 344-8359 Facsimile
cbeck@morrismorris.com
nrouzer@morrismorris.com
*Counsel for Defendants*

Seen and Agreed:

_____, p.q.
John R. Turbitt (VSB No. 25277)
8996 Burke Lake Road
Suite 304
Burke, VA 22015
(703) 323-7000 Telephone
(703) 323-7224 Facsimile
*Counsel for Plaintiff*